Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN PC**
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134
Email: Blarsen@shea.Law
kwyant@shea.law
Telephone: (702) 471-7432
Facsimile: (702) 549-8570
Attorney for Defendant Central Research, Inc.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEWANDA JONES,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CLARITY SERVICES, INC., CENTRAL RESEARCH, INC., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, SENTRY RECOVERY & COLLECTIONS, INC. and SAFEGUARD MINI STORAGE,

Defendants.

Case No. 2:26-cv-02584-APG-BNW

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CENTRAL RESEARCH, INC. TO FILE ANSWER**

**[FIRST REQUEST]**

Defendant Central Research, Inc. ("Central Research") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Dwanda Jones ("Plaintiff" and collectively with Central Research, the "Parties") has no opposition. Accordingly, pursuant to LR IA 6-2, the Parties hereby file this Joint/Unopposed Motion to extend Defendant Central Research, Inc.'s time to answer, move or otherwise respond to the Complaint in this action. Currently, the deadline for Central Research to respond to the Complaint is September 23, 2026, but the Parties hereby agree to allow Central Research through

and including October 7, 2026 to answer, move or otherwise respond to the Complaint in this action. The request was made by Central Research so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This unopposed motion is filed in good faith and not intended to cause delay.

Respectfully submitted, this 23rd day of September 2026.

**NO OPPOSITION**

SHEA LARSEN

By: */s/ Bart K. Larsen*
Bart K. Larsen, Esq.
Kyle M. Wyant, Esq.
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134
Tel: (702) 471-7432
Fax: (702) 549-8570
Email: Blarsen@shea.Law
kwyant@shea.law

*Attorney for Defendant Central Research, Inc.*

FREEDOM LAW FIRM, LLC

By: */s/ George Haines, Esq.*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 South Eastern Avenue, Suite 205
Las Vegas, NV 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

*Attorneys for Plaintiff Dewanda Jones*

**IT IS SO ORDERED**:

DATED: September 24, 2026

UNITED STATES MAGISTRATE JUDGE

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

By: */s/ Bart K. Larsen, Esq.*
An employee of Shea Larsen PC