**Charles T. Meyer, Esq. (NV11842)**
**BURGER, MEYER & D'ANGELO, LLP**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
E: cmeyer@burgermeyer.com

Attorneys for Defendant
CAPITAL ONE, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DEWANDA JONES,<br><br>Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFROMATION SOLUTIONS, INC.; CLAIRITY SERVICES, INC.; CENTRAL RESEARCH, INC.; CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; SENTRY RECOVERY & COLLECTIONS, INC.; and SAFEGUARD MINI STORAGE,<br><br>Defendants. | Case No. 2:26-cv-02584<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff Dewanda Jones ("Plaintiff") and Defendant Capital One, N.A., as successor by merger to Capital One Bank (USA), N.A. ("Capital One"), by and between their respective counsel of record, hereby stipulate and agree to extend the time Capital One has to respond to Plaintiff's Complaint up to and including October 27, 2026, as follows:

1. Plaintiff filed a Complaint alleging violations of the Fair Credit Reporting Act, 15 U.S.C §§ 1681, *et seq.* (ECF No. 1.)

2. On September 8, 2026, Capital One was served with a copy of the Summons and Complaint, making Capital One's response to the Complaint due September 29, 2026.

3. Counsel for Capital One was recently retained and needs additional time to investigate the factual allegations and legal claims contained in the Complaint and prepare an appropriate response. Accordingly, Capital One respectfully requests that the Court extend its responsive pleading deadline by 28 days, to and including October 27, 2026.

4. This is Capital One's first request for an extension of time to respond to Plaintiff's Complaint and is not made for purposes of delay.

5. The parties stipulate and agree that the requested extension will not interfere with any deadlines in this case, as the case is in its early stages and no scheduling order has yet been entered. Further, no party will be prejudiced by the Court granting Capital One's request.

IT IS SO STIPULATED AND AGREED:

DATED September 29, 2026.

FREEDOM LAW FIRM LLC

By: */s/ Gerardo Avalos (with consent)*
George Haines, Esq.
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 South Eastern Avenue, Suite 205
Las Vegas, NV 89123
Tel: (702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

*Attorney for Plaintiff*

DATED September 29, 2026.

BURGER, MEYER & D'ANGELO, LLP

By: /s/ Charles T. Meyer
Charles T. Meyer, Esq. (NV11842)
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
E: cmeyer@burgermeyer.com

*Attorneys for Defendant Capital One, N.A.*

* * *

**ORDER**

IT IS SO ORDERED.

DATED: September 30, 2026

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notification to all counsel of record.

/s/ Matthew N. Tran
An Employee of Burger, Meyer & D'Angelo, LLP