James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN PC**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
E-Mail: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

Nick Agnello, Esq. (*pro hac vice pending*)
**HUSCH BLACKWELL**
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
Telephone: (202) 378-9334
Email: Nick.Agnello@huschblackwell.com

*Attorneys for Defendant Central Research Inc.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEWANDA JONES,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; CENTRAL RESEARCH, INC.; CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; SENTRY RECOVERY & COLLECTIONS, INC.; AND SAFEGUARD MINI STORAGE,

Defendants.

Case No: 2:26-cv-02584

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CENTRAL RESEARCH, INC. TO FILE ANSWER**

**[SECOND REQUEST]**

Defendant Central Research, Inc. ("Central Research") has requested a second extension

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Dewanda Jones ("Plaintiff") has no opposition.

Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Central Research, Inc.'s time to answer, move or otherwise respond to the Complaint in this action is extended from October 7, 2026, through and including October 21, 2026. The request was made by Central Research so that the parties can continue to work toward a potential resolution of this matter, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 6th day of October 2026.

SHEA LARSEN

By: */s/ Bart K. Larsen*
Bart K. Larsen, Esq.
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134
Tel: (702) 471-7432
Fax: (702) 549-8570
Email: Blarsen@shea.Law
*Attorney for Defendant Central Research, Inc.*

**NO OPPOSITION**

FREEDOM LAW FIRM, LLC

By: */s/ George Haines, Esq.*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 South Eastern Avenue, Suite 205
Las Vegas, NV 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

DATED: October 7, 2026

United States Magistrate Judge

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically transmitted the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CENTRAL RESEARCH, INC. TO FILE ANSWER [SECOND REQUEST]** to the Office of the Clerk of the United States District Court, District of Nevada, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: /s/ *Bart K. Larsen, Esq.*