**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEWANDA JONES,

Plaintiff

v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

Defendants

Case No.: 2:26-cv-02584-APG-BNW

**Order Denying Motion to Dismiss as Moot**

[ECF No. 33]

In light of the notice of settlement (ECF No. 41),

I ORDER that defendant Central Research, Inc.'s motion to dismiss (ECF No. 33) is DENIED as moot, without prejudice to refiling it if the settlement does not finalize.

DATED this 12th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE